Nos. 873, 881, and 887. LEHIGH VALLEY RAILROAD CO. *v.* MARTIN, STATE TAX COMMISSIONER OF NEW JERSEY, ET AL.;

Nos. 874, 879, and 885. DELAWARE, LACKAWANNA & WESTERN RAILROAD CO. v. SAME;

Nos. 875, 880, and 886. ERIE RAILROAD CO. v. SAME;

Nos. 876, 882, and 888. NEW JERSEY & NEW YORK RAILROAD CO. v. SAME;

Nos. 877, 883, and 889. NEW YORK CENTRAL RAILROAD CO. v. SAME; and

Nos. 878, 884, and 890. NEW YORK & LONG BRANCH RAILROAD CO. v. SAME. April 28, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Maximilian M. Stallman, Maurice Bower Saul, Richard W. Barrett, Jacob Aronson, Herbert A. Taylor,* and *Douglas Swift* for petitioners. *Messrs. David T. Wilentz,* Attorney General of New Jersey, and *Duane E. Minard* for respondents. Reported below: 115 F. 2d 968.